IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HO KEUNG, TSE,

    Plaintiff,

v.

EBAY, INC.,

    Defendant.

No. C11-01812 WHA

**ORDER DENYING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE**

Plaintiff's request to appear at the case management conference by telephone is hereby **DENIED**. The courtroom telephone equipment is not adequate to conduct hearings over the telephone. The plaintiff has chosen to sue in the United States and the Court is sorry it is a burden for him but he has an obligation to be present at the case management conference. If he wishes, he may hire an attorney and have that attorney make a general appearance in the case.

**IT IS SO ORDERED.**

Dated: June 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE