# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

HO KEUNG TSE

    Plaintiff (s),

V.

EBAY, INC.

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-cv-01812-WHA

Notice is hereby given that, subject to approval by the court, __HO KEUNG TSE__ substitutes
(Party (s) Name)

__DEBORAH BARRON__, State Bar No. __153840__ as counsel of record in
(Name of New Attorney)

place of __HO KEUNG TSE pro se__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: BARRON LAW CORPORATION

Address: 1900 Point West Way, Suite 202, Sacramento, CA 95815

Telephone: (800) 529-5908     Facsimile (916) 927-5524

E-Mail (Optional): deborah.barron@lawbarron.com

I consent to the above substitution.

Date: 7/27/2011

(Ho Keung, TSE)
(Signature of Party (s))

I consent to being substituted.

Date: 7/27/2011

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/27/2011

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 28, 2011.

**APPROVED** — Judge William Alsup

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]