1
2
3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5
6
7

HO KEUNG TSE,                                              No. C 11-01812 WHA

8
                        Plaintiff,

9
    v.                                                     **ORDER TO SHOW CAUSE**

10
EBAY, INC.,

11
                        Defendant.

12                                                /

13          The undersigned stayed this action pending the issuance of a reexamination certificate for

14   United States Patent Number 6,665,797 by the United States Patent and Trademark Office.

15   Plaintiff Ho Keung Tse is currently appealing the rejections of some of the claims in the patent.

16   The lone claim asserted in this action was amended during the reexamination process and

17   therefore cannot be infringed until a reexamination certificate is issued (*see* Dkt. No. 133).

18          Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed

19   without prejudice to refiling after final determination of the validity of the '797 patent and

20   issuance of the reexamination certificate.  Plaintiff must file a written response to this order to

21   show cause by **NOON ON AUGUST 24, 2011**.  Defendant may file a reply by **NOON ON**

22   **AUGUST 31, 2011**.  This order is an exception to the otherwise blanket stay of this action.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  August 12, 2011.

27                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

28